IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RITA WESTERHEIDE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-cv-1157-JPG ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert (Doc. 19), the Commissioner's final decision denying Plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Rita Westerheide.

DATED: January 25, 2019

                                        **Margaret M. Robertie,**
                                        **Clerk of Court**

                                        **BY:**   *s/Tina Gray*
                                                  **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. District Judge**